**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| ANTHONY R. MCGIVERY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00057 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RANDALL C. MATHENA, *et al.*, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that that this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1), McGivery's motion for preliminary injunctive relief (Docket No. 10) is **DENIED**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: July 1, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge